# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**JOEL SOLIS**

(Defendant's Name)

### JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:96-CR-5163-001**

Robert Raiwater, Asst. Federal Defender
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of charge(s) _One_ as alleged in the violation petition filed on _2/11/2005_ .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | New Law Violation | April 22, 2004 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _April 7, 1997_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 25, 2005
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

April 28, 2005
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:96-CR-5163-001 | Judgment - Page 2 of 2 |
| DEFENDANT: JOEL SOLIS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>18 months</u> .

Said sentence shall run concurrently with the sentence imposed in 1:04-cr-5112-001 AWI in the Eastern District of California.  The Bureau of Prisons shall determine the amount of time served.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
　　　　[ ] at ___ on ___.
　　　　[ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　　[ ] before _ on ___.
　　　　[ ] as notified by the United States Marshal.
　　　　[ ] as notified by the Probation or Pretrial Services Officer.
　　　　If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL


　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Deputy U.S.  Marshal